IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CEDRIC WEBB**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. **05-125-DRH** |
| ) | |
| **LT. THIES, et al.,** ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

**PROUD, Magistrate Judge:**

This matter is before the court for purposes of docket control.

Plaintiff Cedric Webb is a pro se inmate in the custody of the Illinois Department of Corrections. He is not proceeding in forma pauperis.[1] Consequently, the U.S. Marshal will not undertake to serve the defendants.

The clerk's office has sent plaintiff the waivers of service forms and service packets. Plaintiff has now sent the court a letter stating that he sent the summonses (presumably, he means the waivers) to the Attorney General's office in Springfield, Illinois. **See, Doc. 10.** This is incorrect.

The cover letter which was sent to plaintiff with the waivers explained that the service forms "must be mailed by you to each individual defendant." **See, Doc. 9.** Plaintiff has given the address of Menard Correctional Center for defendants. The service packets must be mailed to the defendants at that address.

Accordingly, the clerk of court is directed to again prepare service packets for defendants

---

[1]The court notes that plaintiff has accrued at least two strikes under 28 U.S.C. 1915(g). See, Webb v. Caraway, et al, 00-657-JPG, and Webb v. Caraway, 01-316-DRH.

and to send them to plaintiff.  Plaintiff should then serve the defendants by mailing the packets to the individual defendants, as instructed in **Doc. 9**.

    **IT IS SO ORDERED.**

    **DATE:  May 21, 2007.**


    **s/ Clifford J. Proud**
    **CLIFFORD J. PROUD**
    **U.S. MAGISTRATE JUDGE**