IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CEDRIC WEBB,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EUGENE McADORY, S. FURLON,** )<br>**LT. KORANDO, and MAJOR MARTIN,** )<br>)<br>Defendants. ) | Civil No. **05-125 - DRH** |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Discovery Motion. **(Doc. 16)**.

Despite the title of the pleading, it is not really a motion; it is a request for defendants to produce documents. Such a request should simply be mailed to defendants' attorney, and not filed with the court. See, Local Rule 26.1(b). If defendants fail to respond within 30 days, or if they object to producing the documents, plaintiff may then file a motion to compel. Any such motion to compel should be accompanied by copies of the request for production and the objections.

Plaintiff's Discovery Motion **(Doc. 16)** is **DENIED**.

**IT IS SO ORDERED.**

DATE: **October 2, 2007.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**