IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC WEBB, #A-80938**

**Plaintiff,**

v.

**EUGENE McADORY, et al.,**

**Defendants.**  No. 05-CV-125-DRH

## ORDER

**HERNDON, Chief Judge:**

Plaintiff Cedric Webb ("Plaintiff"), an inmate in the custody of the Illinois Department of Corrections, filed a complaint (Doc. 1) pursuant to **42 U.S.C. § 1983** alleging that Defendants violated his constitutional rights by retaliating against him for filing grievances while he was incarcerated at Menard Correctional Center in 2003-2004. On September 27, 2007, Defendants filed a motion for summary judgment, which argued that Defendants should be granted summary judgment because they are entitled to qualified immunity. (Doc. 18.)

This matter now comes before the Court on a Report and Recommendation (the "Report") issued by U.S. Magistrate Judge Clifford J. Proud on November 13, 2007 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 31.) Magistrate Judge Proud's Report recommends that the motion for summary judgment filed by Defendants McAdory, Furlon, and Korando be denied. (*Id.*)

Under **Rule 73.1 of the Local Rules of the Southern District of**

**Illinois**, the parties had ten days in which to serve and file written objections to the Report. As of this date, no objections have been filed. The ten-day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Proud's Report (Doc. 31), and **DENIES** Defendants' motion for summary judgment. (Doc. 18.)

**IT IS SO ORDERED.**

Signed this 4th day of December, 2007.

/s/     David R Herndon
**Chief Judge**
**United States District Court**