IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC WEBB, #A-80938**

**Plaintiff,**

v.

**EUGENE McADORY, et al.,**

**Defendants.**　　　　　　　　　　　**No. 05-CV-125-DRH**

### ORDER

**HERNDON, Chief Judge:**

　　Plaintiff Cedric Webb ("Plaintiff"), an inmate in the custody of the Illinois Department of Corrections, filed a complaint (Doc. 1) pursuant to **42 U.S.C. § 1983** alleging that Defendants violated his constitutional rights by retaliating against him for filing grievances while he was incarcerated at Menard Correctional Center in 2003-2004. On January 18, 2008, Defendants filed a motion for summary judgment, which argued that Defendants should be granted summary judgment because the record establishes that they did not retaliated against Plaintiff. (Doc. 39.)

　　This matter now comes before the Court on a Report and Recommendation (the "Report") issued by U.S. Magistrate Judge Clifford J. Proud on February 28, 2008 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 45.) Magistrate

Judge Proud's Report recommends that the motion for summary judgment filed by Defendants Eugene McAdory, S. Furlon, and Lt. Korando be granted. (*Id.*) In addition, Judge Proud recommends that the Court should grant the motion as to Defendant Major Martin, even though he has never been served. Judge Proud notes that the United States Marshal has been unable to serve Defendant Martin and that Plaintiff has indicated that he has no additional information on Defendant Martin. Judge Proud further maintains that because Defendant Martin is in the same position as the other moving Defendants that the motion should apply to him as well. Lastly, Judge Proud recommends that Defendant "Unknown Party" should be dismissed per the notice of impending dismissal. (Doc. 22.)

Under **Rule 73.1 of the Local Rules of the Southern District of Illinois**, the parties had ten days in which to serve and file written objections to the Report. As of this date, no objections have been filed. The ten-day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Proud's Report (Doc. 45), and **GRANTS** Defendants Eugene McAdory, S. Furlon, and Lt. Korando's motion for summary judgment (Doc. 39). Furthermore, the Court **ADOPTS** Judge Proud's recommendation that all claims against all other remaining Defendants be dismissed. Therefore, this matter is **DISMISSED WITH PREJUDICE.** Clerk to enter judgment

accordingly.

        **IT IS SO ORDERED.**

Signed this 18th day of March, 2008.

                                   /s/      David R Herndon
                                   **Chief Judge**
                                   **United States District Court**