# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CEDRIC WEBB,**

       **Plaintiff,**

       **-vs-**                 **No. 05-CV-125 DRH**

**LT. THEIS, MAJOR WINE, EUGENE
McADORY, S. FURLOW, LT. KORANDO,
MAJOR MARTIN, DEBI MIDDENDORF,
and JOHN DOE,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and

Recommendation by United States Magistrate Judge Clifford J. Proud.

       **IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety.

The Defendants' Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of

Defendants **EUGENE McADORY, SEAN FURLOW, LLOYD KORANDO**, and **MAJOR**

**MARTIN** and against Plaintiff **CEDRIC WEBB**.

       **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants

**MIDDENDORF, THEIS** and **WINE** are **DISMISSED** from this action with prejudice, as no

claims are pending against them. Defendant **JOHN DOE** is also dismissed for failure to effect

service per

the notice of impending dismissal.-------------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

March 18, 2008.                                              BY: s/Patricia Brown
                                                                    Deputy Clerk

APPROVED: /s/   *David R Herndon*
                    **CHIEF JUDGE**
                    **U.S. DISTRICT JUDGE**